Opinion issued June 19, 2003













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00424-CR

____________


BOBBY RAY DIGGLES, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 409222






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant's motion for
forensic DNA testing of evidence was denied by the trial court on October 22, 2002. 
See generally Kutzner v. State, 75 S.W.3d 427 (Tex. Crim. App. 2002). The trial
judge found appellant to be indigent and appointed appellate counsel on November
7, 2002. Notice of appeal was filed on April 23, 2003.

 The deadline for filing notice of appeal was November 21, 2002, 30 days
after entry of the appealable order, because no motion for new trial was filed. See
Tex. R. App. P. 26.2.

 Because the notice of appeal was filed late, we dismiss the appeal for lack
of jurisdiction. Slaton v. State, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998);
Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

PER CURIAM

Panel consists of Justices Taft, Jennings, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).